**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Troy Cochran<br>Tyra Cochran<br><br>　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 16-12987 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 0700

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406