United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 16-12987-mdc
Troy Cochran                                                   Chapter 13
Tyra Cochran
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Oct 21, 2016
                             Form ID: pdf900         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
```
db/jdb         +Troy Cochran,    Tyra Cochran,    113 West Mowry Street,    Chester, PA 19013-5023
13785198       +AmeriCredit Financial Services, Inc.,    dba GM Financial,    c/o WILLIAM EDWARD CRAIG,
                 110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
13725581       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
13717144       +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 22 2016 02:18:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2016 02:17:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2016 02:18:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRAD J. SADEK    on behalf of Debtor Troy  Cochran brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Joint Debtor Tyra  Cochran brad@sadeklaw.com
              CELINE P. DERRKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC, ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                               TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: TROY COCHRAN ) | |
|      TYRA COCHRAN ) | |
|      **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL ) | Case No.: 16-12987 (MDC) |
| SERVICES, INC. dba GM FINANCIAL ) | |
|      **Moving Party** ) | Hearing Date: 9-29-16 at 11:00 AM |
| ) | |
|      v. ) | 11 U.S.C. 362 |
| ) | |
| TROY COCHRAN ) | |
| TYRA COCHRAN ) | |
|      **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
|      **Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between AmeriCredit Financial Services, Inc. dba GM Financial and the Debtor in settlement of the MOTION FOR STAY RELIEF, and filed on or about October 13, 2016, in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: October 21, 2016

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: TROY COCHRAN ) | | |
| TYRA COCHRAN ) | | |
| **Debtor(s)** ) | | CHAPTER 13 |
| ) | | |
| AMERICREDIT FINANCIAL ) | | Case No.: 16-12987 (MDC) |
| SERVICES, INC. dba GM FINANCIAL ) | | |
| **Moving Party** ) | | **Hearing Date:  9-29-16 at 11:00 AM** |
| ) | | |
| v. ) | | 11 U.S.C. 362 |
| ) | | |
| TROY COCHRAN ) | | |
| TYRA COCHRAN ) | | |
| **Respondent(s)** ) | | |
| ) | | |
| WILLIAM C. MILLER ) | | |
| **Trustee** ) | | |

### STIPULATION OF SETTLEMENT OF MOTION OF GM FINANCIAL FOR RELIEF FROM THE AUTOMATIC STAY

This matter having been brought before the Court on a Motion For Relief From The Automatic Stay by William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), and the Debtors having opposed such Motion through their counsel, Brad J. Sadek, Esquire, and the parties having resolved said Motion as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**ORDERED:**

1. That GM Financial is the holder of a first purchase money security interest in a 2013 Hyundai Elantra bearing vehicle identification number 5NPDH4AE0DH359689.

2. That the parties stipulate that the Debtors' account has arrears through September 2016 in the amount of $2,177.55.  That with the addition of counsel fees and costs for the instant motion in the amount of $526.00, the total amount to be cure is $2,703.55.

3. That the Debtors are to cure the arrearage set forth in paragraph two (2) above as follows:

    a. The Debtors are to make a payment of $435.51 by October 10, 2016 or GM Financial may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

    b. Following the payment set forth in paragraph 3(a) above, the Debtors are to cure the remaining arrears by making their regular monthly payment of $435.51 plus an additional $378.01 (total monthly payment of $813.52) for the months of October 2016 through March 2017.

4. That commencing October 2016, if the Debtors fail to make any payment to GM Financial within thirty (30) days after the date it falls due, GM Financial may send, via facsimile and regular mail, the Debtors and counsel a written notice of default of this Stipulation.  If the default is not cured within ten (10) days of the date of the notice, counsel may file a Certification of Default with the Court and serve it on all interested parties, and the Court shall enter an Order granting relief from the automatic stay.

5. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Attorney for the Debtors

/s/ William E. Craig
William E. Craig, Esquire
Attorney for GM Financial