United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12987-mdc
Troy Cochran                                                            Chapter 13
Tyra Cochran
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Dec 09, 2016
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
db/jdb         +Troy Cochran,   Tyra Cochran,   113 West Mowry Street,   Chester, PA 19013-5023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2016 01:53:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
   ecfmail@mwc-law.com
      BRAD J. SADEK    on behalf of Debtor Troy  Cochran brad@sadeklaw.com
      BRAD J. SADEK    on behalf of Joint Debtor Tyra  Cochran brad@sadeklaw.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC, ecfmail@mwc-law.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
   Financial mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
| Troy & Tyra Cochran | : | |
| | : | Case No.: 16-12987MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,057.50

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,78200 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated: December 9, 2016

_Magdeline D. Coleman_
Judge Magdeline D. Coleman