## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Troy Cochran | | |
| Tyra Cochran | | |
| | Debtors | CHAPTER 13 |
| | | |
| Nationstar Mortgage LLC | | |
| | Movant | |
| vs. | | |
| | | NO. 16-12987 MDC |
| Troy Cochran | | |
| Tyra Cochran | | |
| | Debtors | |
| | | 11 U.S.C. Section 362 |
| William C. Miller | | |
| | Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay re: 113 West Mowry Street, Chester, PA, 19013 of Nationstar Mortgage LLC, which was filed with the Court on or about **June 7, 2017** (Document No. 43).

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Dated: July 12, 2017