United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-12987-mdc
Troy Cochran　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Tyra Cochran
　　　　Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　User: Antoinett　　　　　Page 1 of 1　　　　　Date Rcvd: Aug 17, 2018
　　　　　　　　　　　　　　　Form ID: trc　　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
13790727　　　　+U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
　　　　　　　　8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
　　　　　ANN E. SWARTZ　　on behalf of Creditor　　Bank of America, N.A. ecfmail@mwc-law.com,
　　　　　　ecfmail@ecf.courtdrive.com
　　　　　BRAD J. SADEK　　on behalf of Debtor Troy　Cochran brad@sadeklaw.com,　bradsadek@gmail.com
　　　　　BRAD J. SADEK　　on behalf of Joint Debtor Tyra　Cochran brad@sadeklaw.com,　bradsadek@gmail.com
　　　　　BRIAN CRAIG NICHOLAS　　on behalf of Creditor　　Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
　　　　　　bkgroup@kmllawgroup.com
　　　　　CELINE P. DERKRIKORIAN　　on behalf of Creditor　　Nationstar Mortgage LLC, ecfmail@mwc-law.com
　　　　　DENISE ELIZABETH CARLON　　on behalf of Creditor　　Nationstar Mortgage LLC bkgroup@kmllawgroup.com
　　　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　　Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
　　　　　　bkgroup@kmllawgroup.com
　　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　　Nationstar Mortgage LLC bkgroup@kmllawgroup.com
　　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　　Nationstar Mortgage LLC, bkgroup@kmllawgroup.com
　　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　　Nationstar Mortgage LLC bkgroup@kmllawgroup.com
　　　　　THOMAS I. PULEO　　on behalf of Creditor　　Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
　　　　　　bkgroup@kmllawgroup.com
　　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　philaecf@gmail.com
　　　　　WILLIAM EDWARD CRAIG　　on behalf of Creditor　　AmeriCredit Financial Services, Inc. dba GM
　　　　　　Financial ecfmail@mortoncraig.com,　mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-12987-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Troy Cochran
113 West Mowry Street
Chester PA 19013

Tyra Cochran
113 West Mowry Street
Chester PA 19013

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/16/2018.

Name and Address of Alleged Transferor(s):

Claim No. 13: U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/19/18

Tim McGrath
**CLERK OF THE COURT**