United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12987-mdc
Troy Cochran                                                          Chapter 13
Tyra Cochran
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John            Page 1 of 1           Date Rcvd: Aug 30, 2018
                      Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
14182585       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
      BRAD J. SADEK    on behalf of Debtor Troy  Cochran brad@sadeklaw.com,  bradsadek@gmail.com
      BRAD J. SADEK    on behalf of Joint Debtor Tyra  Cochran brad@sadeklaw.com,  bradsadek@gmail.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor   Nationstar Mortgage LLC, ecfmail@mwc-law.com
      DENISE ELIZABETH CARLON    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC, bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                     TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-12987-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Troy Cochran
113 West Mowry Street
Chester PA 19013

Tyra Cochran
113 West Mowry Street
Chester PA 19013

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/29/2018.

Name and Address of Alleged Transferor(s):

Claim No. 13: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-4029

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/01/18

Tim McGrath
**CLERK OF THE COURT**