UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Troy and Tyra Cochran
        Bankruptcy No. 16-12987
        Adversary No.
        Chapter  13

Date:   September 11, 2019

To:     Brad J. Sadek, Esq.
        1315 Walnut Stree #502
        Philadelphia, PA  19107

## NOTICE OF INACCURATE FILING

Re: Notice of Motion, Response Deadline and Hearing Date.

The above pleading was filed in this office on **September 10, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )     Debtor's name does not match case number listed
( )     Debtor's name and case number are missing
( )     Wrong PDF document attached
( )     PDF document  not legible
(XX)    Notice of Motion/Objection - Notice of Motion has the incorrect judge in paragraph #3
( )     Electronic Signature missing
( )     Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk


By:  s/Keith R. Borzillo
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04