UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Troy Cochran | : | |
| Tyra Cochran | : | Chapter 13 |
| | : | |
| | : | |
| Debtors | : | Case No.: 16-12987 |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _7th_ day of _November_, 2019 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_Magdeline D. C_____
                                                    J.