United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-12987-mdc
Troy Cochran                                                                              Chapter 13
Tyra Cochran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John          Page 1 of 1          Date Rcvd: Nov 08, 2019
                             Form ID: pdf900      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
db/jdb      +Troy Cochran,    Tyra Cochran,    113 West Mowry Street,     Chester, PA 19013-5023
cr          +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 09 2019 03:22:20      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2019 03:21:42
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2019 03:22:17      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2019 03:26:28      CACH, LLC,
             PO Box 10587,    Greenville, SC  29603-0587
cr          +E-mail/Text: bkdepartment@rtresolutions.com Nov 09 2019 03:22:13
             Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
                                                                                           TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
             ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
              ecfmail@ecf.courtdrive.com
             BRAD J. SADEK    on behalf of Joint Debtor Tyra  Cochran brad@sadeklaw.com,   bradsadek@gmail.com
             BRAD J. SADEK    on behalf of Debtor Troy  Cochran brad@sadeklaw.com,   bradsadek@gmail.com
             BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC, ecfmail@mwc-law.com
             DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
             JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
             REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
             REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
             THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
             WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
              Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Troy Cochran | : | |
| Tyra Cochran | : | Chapter 13 |
| | : | |
| | : | |
| Debtors | : | Case No.: 16-12987 |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this _7th_ day of _November_, 2019 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_Magdeline D. C_____

J.