**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Troy Cochran<br>Tyra Cochran<br><br>                          Debtor(s)<br><br>Nationstar Mortgage LLC<br><br>                          Movant<br>         vs.<br><br>Troy Cochran<br><br>Tyra Cochran<br><br>                          Debtor(s)<br><br>and William C. Miller Esq.<br><br>                          Trustee | Chapter 13<br><br><br>NO. 16-12987 MDC<br><br><br><br>11 U.S.C. Section 362 |

**CERTIFICATION OF DEFAULT**

    I, Rebecca A. Solarz, Esquire, attorney for Movant, certify that Debtor(s) have defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated January 21, 2020 was served upon the Debtor(s) and Debtor's Attorney on said date. Subsequent to said notice, the Debtor(s) have failed to cure the default.  Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

                  **/s/ Rebecca A. Solarz, Esquire**
                  Rebecca A. Solarz, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322  FAX (215) 627-7734
                  Attorneys for Movant/Applicant

February 12, 2020