# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Troy Cochran<br>Tyra Cochran<br><br>          Debtor(s)<br><br>Nationstar Mortgage LLC<br><br>          Movant<br>                vs.<br><br>Troy Cochran<br>Tyra Cochran<br><br>          Debtor(s)<br><br>and William C. Miller Esq.<br><br>          Trustee | Chapter 13<br><br><br>NO. 16-12987 MDC |

## ORDER

AND NOW, this  24th  day of  February , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 4, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 113 West Mowry St Chester, Pa 19013.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Troy Cochran
113 W Mowry Street
Chester, PA 19013

Tyra Cochran
113 West Mowry Street
Chester, PA 19013

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532