United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-12987-mdc
Troy Cochran                                                    Chapter 13
Tyra Cochran
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith              Page 1 of 1           Date Rcvd: Feb 24, 2020
                              Form ID: pdf900          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.
```
db/jdb        +Troy Cochran,    Tyra Cochran,    113 West Mowry Street,    Chester, PA 19013-5023
cr            +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 03:45:56      CACH, LLC,
                 PO Box 10587,   Greenville, SC  29603-0587
cr            +E-mail/Text: bkdepartment@rtresolutions.com Feb 25 2020 03:40:25
                 Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
                                                                                               TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRAD J. SADEK    on behalf of Debtor Troy  Cochran brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Tyra  Cochran brad@sadeklaw.com,  bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   Nationstar Mortgage LLC, ecfmail@mwc-law.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC, bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 14
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Troy Cochran<br>Tyra Cochran<br><br>                    Debtor(s) | | Chapter 13 |
| Nationstar Mortgage LLC<br>                    Movant<br>vs. | | NO. 16-12987 MDC |
| Troy Cochran<br>Tyra Cochran<br>                    Debtor(s) | | |
| and William C. Miller Esq.<br>                    Trustee | | |

## ORDER

AND NOW, this   24th   day of   February  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 4, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 113 West Mowry St Chester, Pa 19013.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Troy Cochran
113 W Mowry Street
Chester, PA 19013

Tyra Cochran
113 West Mowry Street
Chester, PA 19013

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532