# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Troy Cochran<br>　　　　Tyra Cochran<br>　　　　　　　　　Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　　　　　Movant<br>　　　vs.<br>Troy Cochran<br>Tyra Cochran<br>　　　　　　　　　Debtors<br>William C. Miller, Esquire<br>　　　　　　　　　Trustee | NO. 16-12987 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw Nationstar Mortgage LLC's Response to Debtor's Motion to Reconsider Order, which was filed with the Court on or about April 14, 2020 (Document No. 82).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

June 22, 2020