UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Troy Cochran | : | Case No.: 16-12987MDC |
|     Tyra Cochran | : | |
| | : | |
|     Debtor | : | Chapter 13 |

## **ORDER**

AND NOW, this  2nd  day of  July  2020, upon consideration of the Motion to Reconsider the February 24, 2020 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the stay will be reinstated and the Order dated February 24, 2020 shall be Vacated.

FURTHER ORDERED:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge