United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Troy Cochran  
Tyra Cochran  
    Debtors

Case No. 16-12987-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith      Page 1 of 1      Date Rcvd: Jul 02, 2020  
                       Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.  
db/jdb      +Troy Cochran, Tyra Cochran, 113 West Mowry Street, Chester, PA 19013-5023  
cr      +SPECIALIZED LOAN SERVICING LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2020 04:51:41      CACH, LLC,  
     PO Box 10587, Greenville, SC 29603-0587  
cr      +E-mail/Text: bkdepartment@rtresolutions.com Jul 03 2020 04:47:08  
     Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029  
                                                  TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:  
     ANN E. SWARTZ      on behalf of Creditor     Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
     BRAD J. SADEK      on behalf of Debtor Troy Cochran brad@sadeklaw.com, bradsadek@gmail.com  
     BRAD J. SADEK      on behalf of Joint Debtor Tyra Cochran brad@sadeklaw.com, bradsadek@gmail.com  
     BRIAN CRAIG NICHOLAS      on behalf of Creditor     Nationstar Mortgage LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
     CELINE P. DERKRIKORIAN      on behalf of Creditor     Nationstar Mortgage LLC, ecfmail@mwc-law.com  
     DENISE ELIZABETH CARLON      on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
     JOSHUA I. GOLDMAN      on behalf of Creditor     Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com  
     MATTEO SAMUEL WEINER      on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
     REBECCA ANN SOLARZ      on behalf of Creditor     Nationstar Mortgage LLC, bkgroup@kmllawgroup.com  
     REBECCA ANN SOLARZ      on behalf of Creditor     Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
     THOMAS I. PULEO      on behalf of Creditor     Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee      USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.      ecfemails@ph13trustee.com, philaecf@gmail.com  
     WILLIAM EDWARD CRAIG      on behalf of Creditor     AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                    TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Troy Cochran | : | Case No.: 16-12987MDC |
|     Tyra Cochran | : | |
| | : | |
|     Debtor | : | Chapter 13 |

## ORDER

AND NOW, this __2nd__ day of _____July_____ 2020, upon consideration of the Motion to Reconsider the February 24, 2020 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the stay will be reinstated and the Order dated February 24, 2020 shall be Vacated.

FURTHER ORDERED:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge