United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Troy Cochran  
Tyra Cochran  
    Debtors

Case No. 16-12987-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Feb 17, 2022     Form ID: 138OBJ     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Troy Cochran, Tyra Cochran, 113 West Mowry Street, Chester, PA 19013-5023 |
| 13785198 | + | AmeriCredit Financial Services, Inc., dba GM Financial, c/o WILLIAM EDWARD CRAIG, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 13717134 | + | Bank Of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 13717135 | + | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 13731262 | + | Bank of America, N.A., c/o ANN E. SWARTZ, McCabe, Wesberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| 13763525 | +++ | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13717138 | + | Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 13786759 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 13779920 | + | Nationstar Mortgage LLC, c/o CELINE P. DERKRIKORIAN, McCabe, Weisberg & Conway PC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 13717149 | + | Specialized Loan Service, 8742 Lucent Blvd, Ste 300, Highlands Ranch, CO 80129-2386 |
| 14182585 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 13790727 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 17 2022 23:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 17 2022 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 17 2022 23:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13725581 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 17 2022 23:31:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13727808 | | Email/PDF: ebn_ais@aisinfo.com | Feb 17 2022 23:41:41 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13717136 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2022 23:41:47 | Cach LLC, 4340 S Monaco, 2nd Floor, Denver, CO 80237-3485 |
| 13717137 | + | Email/Text: bankruptcy@usecapital.com | Feb 17 2022 23:31:00 | Capital Accounts, P.O. Box 140065, Nashville, TN 37214-0065 |

Case 16-12987-mdc   Doc 108   Filed 02/19/22   Entered 02/20/22 00:26:19   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 13782919 | | Email/PDF: bncnotices@becket-lee.com | Feb 17 2022 23:41:44 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13717139 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 17 2022 23:31:00 | Citadel Federal Credit Union, P.O. Box 147, Thorndale, PA 19372-0147 |
| 13717140 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 17 2022 23:31:00 | Credit Collection, P.O. Box 9134, Needham, MA 02494-9134 |
| 13717141 | | Email/Text: mrdiscen@discover.com | Feb 17 2022 23:31:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 13717146 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2022 23:41:45 | Macys DSNB, 9111 Duke Boulevard, Mason, OH 45040 |
| 13728922 | | Email/Text: mrdiscen@discover.com | Feb 17 2022 23:31:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 13717143 | + | Email/Text: EBNBKNOT@ford.com | Feb 17 2022 23:31:00 | Ford Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 13717144 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 17 2022 23:31:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 13717145 | + | Email/Text: BKRMailOPS@weltman.com | Feb 17 2022 23:31:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 13717147 | + | Email/PDF: pa_dc_claims@navient.com | Feb 17 2022 23:41:41 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 13754734 | | Email/PDF: pa_dc_claims@navient.com | Feb 17 2022 23:41:46 | Navient Solutions, Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 13717148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 23:41:42 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 13746137 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2022 23:41:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14189194 | | Email/Text: bkdepartment@rtresolutions.com | Feb 17 2022 23:31:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13727489 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13717142 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 13778395 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 17, 2022 Form ID: 138OBJ Total Noticed: 33

Date: Feb 19, 2022 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2022 at the address(es) listed below:

**Name** **Email Address**

BRAD J. SADEK
on behalf of Joint Debtor Tyra Cochran brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
on behalf of Debtor Troy Cochran brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CELINE P. DERKRIKORIAN
on behalf of Creditor Nationstar Mortgage LLC ecfmail@mwc-law.com

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MATTEO SAMUEL WEINER
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS I. PULEO
on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Troy Cochran and Tyra Cochran
        Debtor(s)

Case No: 16−12987−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/17/22

105 − 93
Form 138OBJ