United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                           Case No. 16-12987-mdc

Troy Cochran                 Chapter 13

Tyra Cochran

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin           Page 1 of 2

Date Rcvd: Mar 23, 2022         Form ID: 195         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Troy Cochran, Tyra Cochran, 113 West Mowry Street, Chester, PA 19013-5023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Troy Cochran brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Tyra Cochran brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Nationstar Mortgage LLC  ecfmail@mwc-law.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 23, 2022 | Form ID: 195 | Total Noticed: 1 |

    on behalf of Creditor Nationstar Mortgage LLC Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

MATTEO SAMUEL WEINER
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

THOMAS I. PULEO
    on behalf of Creditor Nationstar Mortgage LLC tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Troy Cochran and Tyra Cochran                          : Case No. 16−12987−mdc

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , March 23, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

111
Form 195